OSCN Found Document:STATE ex rel. OKLAHOMA BAR ASSOCIATION v. LOCKARD

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 STATE ex rel. OKLAHOMA BAR ASSOCIATION v. LOCKARD
2023 OK 85
Case Number: SCBD-7505
Decided: 08/01/2023
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2023 OK 85, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

 

 

State of Oklahoma ex rel. Oklahoma Bar Association, Complainant,
v.
James Harry Lockard, Respondent.

ORDER OF IMMEDIATE INTERIM SUSPENSION

¶1 The Oklahoma Bar Association (OBA), in compliance with Rules 7.1 and 7.2 of the Rules Governing Disciplinary Proceedings (RGDP), has forwarded to this Court certified copies of the Information, Probable Cause Affidavit, Plea of No Contest, Summary of Facts, Disposition Order, and Journal Entry of Deferred Sentencing, in the criminal matter of State of Oklahoma v. James Harry Lockard, Case No. CF-2023-111, in the District Court of Cleveland County. On March 31, 2023, Respondent James Harry Lockard entered a plea of no contest to Domestic Assault and Battery, a misdemeanor, in violation of 21 O.S., § 644(C), and Public Intoxication, a misdemeanor, in violation of 37A O.S., § 6-101(A)(8). The Court deferred sentencing for one year, until March 30, 2024.

¶2 Rule 7.3 of the RGDP provides: "Upon receipt of the certified copies of Judgment and Sentence on a plea of guilty, order deferring judgment and sentence, indictment or information and the judgment and sentence, the Supreme Court may by order immediately suspend the lawyer from the practice of law until further order of the Court."

¶3 On June 28, 2023, this Court issued a Show Cause Order directing Respondent to show cause, no later than July 13, 2023, why an order of interim suspension from the practice of law should not be entered. Respondent and the OBA responded.

¶4 Rule 7.2 of the RGDP provides that a certified copy of a plea of guilty, an order deferring judgment and sentence, or information and judgment and sentence of conviction "shall constitute the charge and be conclusive evidence of the commission of the crime upon which the judgment and sentence is based and shall suffice as the basis for discipline in accordance with these rules."

¶5 Having received certified copies of the papers and orders under Rule 7.3, and after review of the responses and certified copies of information, plea and sentence, this Court orders that James Harry Lockard is immediately suspended from the practice of law. Pursuant to Rule 7.4 of the RGDP, James Harry Lockard has until August 17, 2023, to show cause in writing why a final order of discipline should not be imposed, to request a hearing, or to file a brief and any evidence tending to mitigate the severity of discipline. The OBA has until September 1, 2023, to respond.

¶6 DONE BY ORDER OF THE SUPREME COURT on August 1, 2023.

/S/ACTING CHIEF JUSTICE

Kane, C.J., Rowe, V.C.J., Kauger, Winchester, Edmondson, Combs, Darby, and Kuehn, JJ., concur;

Gurich, J., dissents.

 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 Title 21. Crimes and Punishments

 
Cite
Name
Level

 
21 O.S. 644, 
Punishment for Assault and Battery
Cited

Title 37A. Alcoholic Beverages

 
Cite
Name
Level

 
37A O.S. 6-101, 
Personal Prohibited Acts - Violations
Cited

 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA